Case 05-74064    Doc 27    Filed 01/06/09    Entered 01/06/09 09:02:46    Desc Main
Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  CARMOLITA R. BROWN　　　　　　　　　　　　　　　　　　Case Number: 05-74064
　　　　1315 NORTH COURT STREET, #1
　　　　ROCKFORD, IL  61103　　　　　SSN-xxx-xx-9200

　　　　　　　　　　　　　　　　　　　　　　　　　　　Case filed on:       8/11/2005
　　　　　　　　　　　　　　　　　　　　　　　　　　　Plan Confirmed on:  10/14/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $5,400.00　　　Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | CARMOLITA R. BROWN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ATTORNEY EDWIN NASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | BELOIT CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CAPONE BANK - INT INVES | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | FIRST EXPRESS | 165.18 | 165.18 | 29.83 | 0.00 |
| 005 | HSBC / TAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | US DEPARTMENT OF EDUCATION | 14,446.53 | 14,446.53 | 2,609.16 | 0.00 |
| 007 | UNITED CREDIT SERVICE INC | 4,585.60 | 4,585.60 | 828.20 | 0.00 |
| 008 | UNITED CREDIT SERVICE INC | 288.75 | 288.75 | 52.15 | 0.00 |
| 009 | UNITED CREDIT SERVICE INC | 902.90 | 902.90 | 163.07 | 0.00 |
|  | Total Unsecured | 20,388.96 | 20,388.96 | 3,682.41 | 0.00 |
|  | Grand Total: | 21,752.96 | 21,752.96 | 5,046.41 | 0.00 |

Total Paid Claimant:　$5,046.41
Trustee Allowance:　　$353.59
Percent Paid Unsecured:　18.06

　　Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　　  /s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008　　　　　By  /s/Heather M. Fagan